## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERTRAM LOEB,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BANK OF AMERICA<br>and<br>HERBERT S. GARTEN, ESQUIRE;<br>SHELDON G. DAGURT, ESQUIRE;<br>FEDDER & GARTEN, P.A.<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>: Case No. 02-CV-3833<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### REQUEST FOR ORAL ARGUMENT

Defendants Herbert S. Garten, Esquire, Sheldon G. Dagurt, Esquire, and Fedder and Garten Professional Association, by their undersigned attorneys, hereby request Oral Argument on their Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue or, in the Alternative, to Transfer Pursuant to 28 U.S.C. §1404(a).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Melissa H. Maxman
　　　　　　　　　　　　　　　　　　　　Charlene Keller Fullmer
　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　　　Suite 4200
　　　　　　　　　　　　　　　　　　　　One Liberty Place
　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103-7396
　　　　　　　　　　　　　　　　　　　　tel.: (215) 979-1000
　　　　　　　　　　　　　　　　　　　　fax: (215) 979-1020

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Herbert S. Garten,
　　　　　　　　　　　　　　　　　　　　Esquire, Sheldon G. Dagurt, Esquire, and Fedder
　　　　　　　　　　　　　　　　　　　　and Garten Professional Association

Of Counsel:
Andrew Jay Graham
Geoffrey H. Genth
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
tel.: (410) 752-6030
fax: (410) 539-1269

Dated: August 19, 2002

PH2\67 0602.1