UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERTRAM LOEB, | : |
|         Plaintiff, | : |
| | : |
|         v. | : Case No. 02-CV-3833 |
| | : |
| BANK OF AMERICA | : |
| and | : |
| HERBERT S. GARTEN, ESQUIRE; | : |
| SHELDON G. DAGURT, ESQUIRE; | : |
| FEDDER & GARTEN, P.A. | : |
| | : |
|         Defendants. | : |

**ORDER**

UPON CONSIDERATION of the Motion of Defendants Herbert S. Garten, Esquire, Sheldon G. Dagurt, Esquire, and Fedder and Garten Professional Association to Dismiss for Lack of Personal Jurisdiction and for Improper Venue or, in the Alternative, to Transfer Pursuant to 28 U.S.C. §1404(a), and any opposition thereto, it is this _____ day of _____, 2002, by the United States District Court for the Eastern District of Pennsylvania, ORDERED:

1.    That the aforesaid motion be and the same is hereby GRANTED;

2.    That Plaintiff's complaint be and the same is hereby DISMISSED; and

3.    That the Clerk of Court shall mail a copy of this Order to all counsel of record.

                                                                          J.

PH2\6706 04.1