**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
---------------------------------------------------------- :
                                                           :
BERTRAM LOEB,                                              :
                                                           :
            Plaintiff,                                     :
                                                           :
    v.                                                     :     Civil Action
                                                           :     No. 02-3833
BANK OF AMERICA, et al.,                                   :
                                                           :
                                                           :
            Defendants.                                    :
---------------------------------------------------------- :
```

**AFFIDAVIT OF GEOFFREY H. GENTH IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

I, Geoffrey H. Genth, hereby depose and say:

1.    I am a partner at the law firm of Kramon & Graham, P.A., One South Street, Suite

2600, Baltimore, MD 21202; telephone: (410) 752-6030 and fax: (410) 539-1269.

2.    I am a member in good standing of the Bars of New York and Maryland.

3.    I am admitted to practice in the states of New York and Maryland, and before the

United States District Court for District of Maryland (Bar No. 08735).

4.    I have never been reprimanded, suspended, disbarred, or resigned from the

practice of law.

5.    I have been requested by the Defendants Herbert S. Garten, Esquire, Sheldon G.

Dagurt, Esquire, and Fedder and Garten Professional Association to assist in their

representation in this case and I am familiar with the law and facts relating to the

subject matter of this litigation.

5.    I declare under penalty of perjury that the foregoing is true and correct.


_____
Geoffrey H. Genth, Esquire


Sworn to before me
this _____ day of August, 2002


_____
Notary Public


PH2\670368.1