IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------ :
:
BERTRAM LOEB, :
:
    Plaintiff, :
:
v. : Civil Action
: No. 02-3833
BANK OF AMERICA, et al., :
:
:
    Defendants. :
------------------------------------------------------------ :

## AFFIDAVIT OF ANDREW JAY GRAHAM IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Andrew Jay Graham, hereby depose and say:

1. I am a partner at the law firm of Kramon & Graham, P.A., One South Street, Suite 2600, Baltimore, MD 21202; telephone: (410) 752-6030 and fax: (410) 539-1269.

2. I am a member in good standing of the Bars of New York, Maryland, and the District of Columbia.

3. I am admitted to practice in the states of New York and Maryland, and before the United States Supreme Court and the United States District Court for the District of Maryland (Bar No. 00080).

4. I have never been reprimanded, suspended, disbarred, or resigned from the practice of law.

5. I have been requested by the Defendants Herbert S. Garten, Esquire, Sheldon G. Dagurt, Esquire, and Fedder and Garten Professional Association to assist in its

representation in this case and I am familiar with the law and facts relating to the subject matter of this litigation.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____
Andrew Jay Graham, Esquire

Sworn to before me
this ____ day of August, 2002

_____
Notary Public

PH2\670368.1