IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERTRAM LOEB | CIVIL ACTION |
| VS. | NO. 02-3833 |
| BANK OF AMERICA, ET AL | |

### ORDER

AND NOW, this 27th of AUGUST, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Michael M. Baylson to the Honorable Jan E. DuBois.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court