IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERTRAM LOEB      :     CIVIL ACTION
                        :
VS.      :     NO.  02-3833
                        :

BANK OF AMERICA, ET AL

## ORDER

AND NOW, this 29th of AUGUST, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jan E. DuBois to the Honorable Anita B. Brody.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court