IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERTRAM LOEB,              | : | |
|    Plaintiff | : | |
| | : | |
|    v.        | : | 02-CV-3833 |
| | : | |
| BANK OF AMERICA,           | : | |
| HERBERT S. GARTEN, ESQ.,   | : | |
| SHELDON G. DAGURT, ESQ.    | : | |
| FEDDER & GARTEN, P.A.      | : | |
|    Defendants | | |

## **ORDER**

**AND NOW**, this _____ day of December 2002, it is **ORDERED** that plaintiff Bertram Loeb shall submit supplemental briefing on the question of venue by December 30, 2002.

Defendants shall submit a response by January 6, 2003.

_____
ANITA B. BRODY, J.

Copies FAXED on          to:          Copies MAILED on          to: