IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERTRAM LOEB | : |
| | : |
| v. | : No. 02-CV-3833 |
| | : |
| BANK OF AMERICA, | : |
| HERBERT S. GARTEN, ESQUIRE, | : |
| SHELDON G. DAGURT, ESQUIRE, and | : JURY TRIAL DEMANDED |
| FEDDER & GARTEN, P.A. | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Kevin K. Carton, Jr. on behalf of plaintiff, Bertram Loeb, in the above-captioned matter.

POWELL,TRACHTMAN, LOGAN, CARRLE,
BOWMAN & LOMBARDO, P.C.


By: _____
Kevin K. Carton, Jr.
Attorney I.D. No. 83987
475 Allendale Road, Suite 200
King of Prussia, PA 19406
(610) 354-9700
*Attorneys for Plaintiff*

Dated: _____

KOP:238912v1 4486-01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERTRAM LOEB | : | |
| | : | |
| v. | : | No. 02-CV-3833 |
| | : | |
| BANK OF AMERICA, | : | |
| HERBERT S. GARTEN, ESQUIRE, | : | |
| SHELDON G. DAGURT, ESQUIRE, and | : | JURY TRIAL DEMANDED |
| FEDDER & GARTEN, P.A. | : | |

## CERTIFICATE OF SERVICE

I, Kevin K. Carton, Jr., hereby certify that a true and correct copy of the foregoing Entry of Appearance was forwarded via first class mail, postage prepaid, to the following:

Melissa H. Maxman, Esquire
Charlene Keller Fullmer, Esquire
Duane Morris, LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103

Andrew Jay Graham, Esquire
Geoffrey H. Genth, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202

Mark A. Klugheit, Esquire
Robert L. Freedman, Esquire
Erin A. Brennan, Esquire
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

POWELL, TRACHTMAN, LOGAN, CARRLE,
BOWMAN & LOMBARDO, P.C.

By: _____
Kevin K. Carton, Jr.
Attorney I.D. No. 83987
475 Allendale Road, Suite 200
King of Prussia, PA 19406
(610) 354-9700
*Attorneys for Plaintiff*

Dated: _____

KOP:238912v1 4486-01