IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERTRAM LOEB,<br>    Plaintiff | : | |
| | : | |
| v. | : | 02-CV-3833 |
| | : | |
| BANK OF AMERICA, HERBERT S.<br>GARTEN, ESQ., SHELDON S.<br>DAGURT, ESQ., FEDDER & GARTEN<br>    Defendants | : | |

**ORDER**

**AND NOW**, this _____ day of February 2003, it is **ORDERED** that the parties shall appear before this court on **February 24, 2003 at 10:30 a.m.** for an evidentiary hearing regarding jurisdiction.

                                                                                    _____
                                                                                    ANITA B. BRODY, J.

Copies **FAXED** on _____ to:                    Copies **MAILED** on _____ to: