IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERTRAM LOEB, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | 02-CV-3833 |
| | : | |
| BANK OF AMERICA, | : | |
| HERBERT S. GARTEN, ESQ., | : | |
| SHELDON G. DAGURT, ESQ. | : | |
| FEDDER & GARTEN, P.A. | : | |
|     Defendants | | |

## ORDER

**AND NOW**, this _____ day of February 2003, it is **ORDERED** that defendant's Motion for Leave to File a Reply Memorandum in Further Support of the Law Firm Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue or, in the Alternative, To Transfer Pursuant to 28 U.S.C. §1404(a) (docket entry #15), is **GRANTED**[1].

                                               ANITA B. BRODY, J.

Copies FAXED on _____ to:      Copies MAILED on _____ to:

---

[1] Defendant's Motion is granted in light of the fact that I read and considered all materials, including defendant's proposed reply brief, in preparation for the February 24, 2003, hearing on jurisdiction.