IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERTRAM LOEB | : |
| | : |
| v. | : No. 02-CV-3833 |
| | : |
| BANK OF AMERICA, | : |
| HERBERT S. GARTEN, ESQUIRE, | : |
| SHELDON G. DAGURT, ESQUIRE, and | : JURY TRIAL DEMANDED |
| FEDDER & GARTEN, P.A. | : |

### NOTICE OF DISMISSAL PURSUANT TO FED.R.C.P. 41(a)

Plaintiff, Bertram Loeb, by and through his counsel, pursuant to Fed.R.C.P. 41(a) hereby dismisses, without prejudice, Defendant, Sheldon G. Dagurt, Esquire, as a party in this action.

        POWELL, TRACHTMAN, LOGAN, CARRLE,
        BOWMAN & LOMBARDO


By: _____
      Ethan N. Halberstadt, Esquire
      Kevin K. Carton, Esquire
      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Kevin K. Carton, Jr., hereby certify that on this_____ day of March, 2003, I caused a true and correct copy of Plaintiff's Notice of Dismissal Pursuant to Fed.R.Civ.P. 41(a) to be served upon the following counsel of record via first class mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Melissa H. Maxman, Esquire<br>Charlene Keller Fullmer, Esquire<br>Duane Morris, LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, PA 19103<br>*Attorneys for Defendants,*<br>*Herbert S. Garten, Esquire,*<br>*Sheldon G. Dagurt, Esquire and*<br>*Fedder & Garten, P.A.* | Mark A. Klugheit, Esquire<br>Robert L. Freedman, Esquire<br>Erin A. Brennan, Esquire<br>Dechert, Price & Rhoads<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103<br>*Attorneys for Defendant,*<br>*Bank of America* |

AND

Andrew Jay Graham, Esquire
Geoffrey H. Genth, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
*Attorneys for Defendants,*
*Herbert S. Garten, Esquire,*
*Sheldon G. Dagurt, Esquire and*
*Fedder & Garten, P.A.*

 

                                        POWELL, TRACHTMAN, LOGAN, CARRLE,
                                        BOWMAN & LOMBARDO

 

By: _____
       Kevin K. Carton, Jr., Esquire
       Attorneys for Plaintiff

KOP:244868v1 4486-01